IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                            Plaintiff,                            ORDER

   v.

                                                              09-cr-83-slc-01

NICHOLAS HOPKINS,

                            Defendant.
_____

      On July 9, 2009, this court held the plea and sentencing hearing in this case. The government appeared by Assistant United States Attorney Paul Connell. Defendant Nicholas Hopkins appeared in person and by Michael Lieberman. The Unites States Sentencing Guidelines did not apply because Hopkins pled guilty to a petty offense. Having considered the the parties' arguments, and taking into account Hopkins's history and characteristics, as well as the need for general deterrence and in order not to deprecate the seriousness of the offense, I sentenced Hopkins to six months' imprisonment consecutive to any sentence being served. Hopkins does not need additional supervision and he cannot afford to pay a monetary fine without impairing his ability to support himself and his family.

      Accordingly, it is ORDERED that defendant Nicholas Hopkins is to serve a sentence of six months' imprisonment consecutive to any sentence being served at a facility to be determined by the Bureau of Prisons. Hopkins forthwith must pay the mandatory $10 criminal assessment to the Clerk of Court, Western District of Wisconsin.

      Entered this 22nd day of July, 2009.

                                                    BY THE COURT:

                                                    /s/
                                                    _____
                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge